**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT GUNTER**,

*Plaintiff*,

Case Number: 8:15-cv-537-T-23TGW

v.

**SEAS & ASSOCIATES, LLC**,

*Defendant*.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to this case. Upon completion of the terms of the settlement, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

s/ Bobbi Madonna
Bobbi Madonna
Florida Bar Number: 0056265
**SERAPH LEGAL, P. A.**
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
(813) 567-1230
bmadonna@seraphlegal.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of April, 2015, a copy of the foregoing was filed electronically. A true and correct copy of the foregoing was sent via email to Defendant's counsel, Katie Middleton, at Middleton@gill-law.com.


s/ Bobbi Madonna
Bobbi Madonna
Florida Bar Number: 0056265