UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT GUNTER,

    Plaintiff,

v.                                        CASE NO. 8:15-cv-537-T-23TGW

SEAS & ASSOCIATES, LLC,

    Defendant.
_____/

## **ORDER**

The plaintiff announces (Doc. 5) a "pending settlement" in this action. Under Local Rule 3.08(b), this action is dismissed subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on April 3, 2015.

                                                              STEVEN D. MERRYDAY
                                                              UNITED STATES DISTRICT JUDGE